| Case Number: 09-55759 | Date: October 28, 2010 |
|---|---|
| Debtor Name: GONZALEZ, SARITA | PROPOSED DISTRIBUTION |

FILED
2010 OCT 29 PM 1:41
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $3,676.18 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $919.05 | $0.00 | $919.05 | $919.05 | $2,757.13 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $2,757.13 |
| Subtotals For Class Administrative | 100.00% | | | $919.05 | $0.00 | $919.05 | $919.05 | |
| 1 | Islander Apartments<br>c/o Javitch, Block & Rathbone<br>1100 Supierior Avenue, 19th Floor<br>Cleveland, OH 44114 | Unsecured | 300 | $5,547.04 | $0.00 | $5,547.04 | $117.75 | $2,639.38 |
| 2 | Dental Works<br>Personal Payments<br>PO Box 64-3007<br>Cincinnati, OH 45264 | Unsecured | 300 | $0.00 | $0.00 | $0.00 | $0.00 | $2,639.38 |
| 3 | Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | 300 | $435.06 | $0.00 | $435.06 | $9.24 | $2,630.14 |
| 4 | Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | 300 | $100.67 | $0.00 | $100.67 | $2.14 | $2,628.00 |
| 5 | Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | 300 | $1,260.67 | $0.00 | $1,260.67 | $26.76 | $2,601.24 |
| 6 | Illuminating Company<br>Attn: Bankruptcy Dept.<br>6896 Miller Rd.<br>Brecksville, OH 44141 | Unsecured | 300 | $237.54 | $0.00 | $237.54 | $5.04 | $2,596.20 |
| 7 | American Express Travel Related<br>Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | 300 | $3,121.43 | $0.00 | $3,121.43 | $66.26 | $2,529.94 |
| 8 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | 300 | $1,070.09 | $0.00 | $1,070.09 | $22.72 | $2,507.22 |
| 9 | U S Department of Education<br>P O Box 65128<br>St. Paul, MN 55165 | Unsecured | 300 | $96,200.73 | $0.00 | $96,200.73 | $2,042.09 | $465.13 |
| 10 | Capital Recovery III LLC<br>c/o Recovery Management<br>Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 300 | $2,156.45 | $0.00 | $2,156.45 | $45.78 | $419.35 |
| 11 | Capital Recovery III LLC<br>c/o Recovery Management<br>Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 300 | $2,195.35 | $0.00 | $2,195.35 | $46.60 | $372.75 |
| 12 | The Metrohealth System<br>c/o Diversified Receivable<br>Management<br>P.O. Box 30340<br>Middleburg Hts., OH 44130 | Unsecured | 300 | $16,994.13 | $0.00 | $16,994.13 | $360.74 | $12.01 |

ck # 2013
receipt # 81889

Date printed 10/28/2010 3:41 PM